1  **AARON S. GOLDBERG, ESQ. (SBN 227692)**
   **KAHN & ASSOCIATES, L.L.C.**
2
   **OHIO MAIN OFFICE:****
3  **55 Public Square, Suite 650**
   **Cleveland, OH 44113**
4  **Phone: (216) 621-6101**
   **Fax: (888) 868-6671**
5
   **CALIFORNIA OFFICE:****
6  **16133 Ventura Blvd., Suite 700**
   **Encino, CA 91436**
7  **Phone: (888) 536-6671**
   **Fax: (888) 868-6671**
8  **www.kahnandassociates.com**

9
   ****Please send copies of all items to both addresses.**
10

11
   **Attorney for Plaintiffs, TOMMY HAMMACK and BETH-ANNE HAMMACK**
12

13
                        IN THE UNITED STATES DISTRICT COURT
14
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
15
                                  SACRAMENTO DIVISION
16

17

18 **TOMMY HAMMACK, ET, AL.,**           ) CASE NO.   09-CV-00999-MCE-JFM
           **Plaintiffs,**                )
19                                        ) Judge: Hon. Morrison C. England, Jr.
                                          )
20 **v.**                                 )
                                          )
21 **GEORGIE BOY MANUFACTURING,**         ) **STIPULATION TO DISMISS**
   **LLC.; COACHMEN INDUSTRIES, INC.;**  ) **PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii);**
22 **WORKHORSE CUSTOM CHASSIS, INC.,**   ) **ORDER**
   **and DOES 1 through 20, inclusive,** )
23         **Defendants.**                ) Trial Date: TBD
                                          )
24                                        ) Action Filed: March 2, 2009
                                          )
25                                        )

26

27

28

---
**STIPULATION TO DISMISS  AND PROPOSED ORDER**

1  The parties, by and through counsel, pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii), request and announce to this Honorable Court that all issues
3  involving Plaintiffs, Tommy Hammack and Beth-Anne Hammack, and Defendant,
4  Workhorse Custom Chassis, have been resolved and said parties accordingly agree to a
5  dismissal with prejudice of Defendant, Workhorse Custom Chassis.  The
6  aforementioned dismissal, however, shall have no affect upon the claims filed by
7  Plaintiffs against Defendants, Georgie Boy Manufacturing, LLC., and Coachmen
8  Industries, all of which remain pending before this Honorable Court.

Therefore, Plaintiffs' claims against Defendant, Workhorse Custom Chassis, are hereby DISMISSED with prejudice and each party shall bear its own costs.

IT IS SO STIPULATED.

**KAHN & ASSOCIATES, L.L.C.**

Dated:

/s/
Aaron S. Goldberg
Attorney for Plaintiff
*Tommy and Beth-Anne Hammack*

**RUBEN & SJOLANDER**

Dated:

_/s/
Ronald G. Akasaka, Esq.
Attorneys for Defendant
*Workhorse Custom Chassis*

**STIPULATION TO DISMISS AND PROPOSED ORDER**

# ORDER

Upon consideration of the parties' Stipulation and upon other good cause, it is hereby ORDERED that Defendant, Workhorse Custom Chassis, Inc. be dismissed with prejudice pursuant to F.R.C.P. Rule 41(a). The aforementioned dismissal, however, shall have no affect upon the claims filed by Plaintiffs against Defendants, Georgie Boy Manufacturing, LLC, and Coachmen Industries, all of which remain pending before this honorable Court.

IT IS SO ORDERED.

DATED: June 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE