1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO DIVISION

| | |
|---|---|
| TOMMY HAMMACK and BETH-ANNE HAMMACK<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGIE BOY MANUFACTURING, LLC; COACHMEN INDUSTRIES, INC.; and DOES 1 through 20,<br><br>Defendants. | CASE NO.  09-CV-00999-MCE-JFM<br><br>**ORDER OF DISMISSAL OF ALL DEFENDANTS AND THE CASE IN ITS ENTIRETY WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>Judge:  Hon. Morrison C. England, Jr.<br><br>Action Filed: March 2, 2009<br>Trial Date: May 7, 2012. |

On April 20 2010, Plaintiffs Tommy Hammack and Beth-Anne Hammack ("Plaintiffs"), and Defendants Georgie Boy Manufacturing, LLC, and Coachmen Industries, Inc. ("Defendants"), jointly filed a motion for dismissal of all Defendants from the action pursuant to *FRCP* Rule 41(a)(2).

1  Upon consideration of the parties' Joint Motion to Dismiss and good cause appearing
2 therefore, it is hereby ordered that the joint motion is **GRANTED** and the instant action now
3 pending against Defendants be Dismissed With Prejudice pursuant to *FRCP* 41(a)(2).  The
4 Clerk of Court is accordingly directed to close this file.

**IT IS SO ORDERED**.

Dated:    April 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE